UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
MARSHALL S. HUNGNESS, III
JEANNE M. HUNGNESS  CASE NO. 10-70826

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **Beneficial Illinois**   **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account:

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $40,521.26 (Per Creditor's Proof of Claim) |
| | $31,025.72 (Per Order Entered 5/14/10) |
| Amount Paid by Trustee | $31,025.72 (Per Order Entered 5/14/10) |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: ☐ Thru the Chapter 13 Plan   ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  1/22/2015   /s/Lydia S. Meyer
  Lydia S. Meyer, Trustee
  308 W. State St., Suite 212
  Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of January, 2015.

Dated:  1/22/2015   /s/Cynthia K. Burnard

BENEFICIAL ILLINOIS D/B/A BENEFICIAL
MORTGAGE CO OF ILLINOIS
636 GRAND REGENCY BLVD
BRANDON, FL 33510

BENEFICIAL ILLINOIS
C/O CODILIS & ASSOCIATES
15W030 N. FRONTAGE RD., SUITE 100
BURR RIDGE, IL  60527

BENEFICIAL ILLINOIS INC
PO BOX 829009
DALLAS, TX 75382-9009

LAW OFFICES OF TERRI M. LONG
18201 MORRIS AVENUE
HOMEWOOD, IL  60430

MARSHALL S. HUNGNESS, III
JEANNE M. HUNGNESS
1627 DEBORAH AVENUE
ROCKFORD, IL  61103

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111